I turn now to argument number 21-1449, Gonzalez v. Kijikazi. And I note that the appellee is going to appear by Zoom. So the appellee will be on the monitor at the podium. Thank you very much, Mr. Gonzalez, whenever you are ready. Social Security has changed their defense. First they were saying that the scam that I was involved in, where somebody, a Russian girl, got a large amount of money off of me. Social Security said that I haven't reported that. In the rebuttal that was submitted to the United States District Court, Eastern District, Judge Kogan just ignored it. In fact, on one occasion he said to make it, in fact it was the attorney for Social Security, told me that maybe I should make a reply to it, maybe some kind of answer. So I did it in the rebuttal, which is documented in the docket sheet, number 37 of the Eastern District. And this case is 21-CV-00287, Kogan. I dealt with Kogan before on an undercover police complaint, where he just rubber stamps a lot of his complaints, and that's the end of the case. Social Security switches over now to an appeals council issue, in other words. And that's one thing about Kogan, he did address this. This is a result of an administrative hearing. When you deny certain benefits, you have your administrative hearing judge. And, in fact, I spoke with her the other day, and I told her because I have dealings with the appeals council in Virginia, there's 60 days to file a notice. And these people, you talk about violations, these people, they never, never, very seldom they'll answer your request for a hearing within the 60-day statute. So Social Security's moving in that direction. I have documents of faxes, and finally the administrative judge says, that's not my job. But I told you, I asked your clerk if she could, you know, submit the appeal in my view. We don't do that. I had a case, and that's final. Okay. So anyhow, this is that direction Social Security is shifting the last step. So here we are. I'm trying to get my SSI since it was discontinued back in 2018, I believe, a result of $20,000 that they claimed that was in the bank account. That money, there's no money there. I said at least about a divorce. There never was any $20,000 or any amount of money for them to deny me Social Security. So basically, I'm here requesting, asking the court to issue an order for them to retroactive, give me some benefits from October 2018, I believe it was. Oh, one more thing. As for the rebuttal that they said that I didn't report this, I got something from Michael Ropo, United States Secretary of State, reform and payment. And I got other documents that I did pass it off to the judge. But again, he just ignored it. He rubber stamped that. Also, Western Union, all this was reported. So I don't know where they're jumping back. I guess they don't have anything else to grab. And the foundation was reported there, too. So that's what I'm here today trying to recover that money, or reestate the benefits, retroactive. Okay. Thank you, Mr. Gonzalez, for your argument. Thank you very much. We've read all of your papers. We'll hear from the government. Mr. Tankard. Good afternoon, and may it please the court. My name is Frank Tankard, and I represent the Acting Commissioner of Social Security. The Acting Commissioner rests on her brief submitted to the court, requesting affirmance of the district judgment. But I'm happy to answer any questions the court may have. Thank you. If there aren't any questions from the panel, well, thank you for your argument, and we'll rely on the briefs. Thank you, Mr. Tankard. The case is submitted, and because that is our last argued case for today, we are adjourned. The court stands adjourned.